IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| Theodora Etame | : | |
| 18 Cinnamon Circle #3B | : | |
| Randallstown, MD 21133 | : | |
| | : | |
| Plaintiff, | : | Case No._____ |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Progressive Horizons, Inc. | : | |
| 7008 Security Blvd. Suite 120 | : | |
| Baltimore, MD 21244 | : | |
| | : | |
| Defendant. | : | |

_____

COMPLAINT TO RECOVER UNPAID WAGES

COMES NOW Plaintiff, Theodora Etame, by and through undersigned counsel, and files this Complaint to Recover Unpaid Wages, and other damages, pursuant to the Fair Labor Standards Act, 29 U.S.C. §201 *et seq*., and Md. Code Ann., Labor & Employ. Art., Title 3.

VENUE

1. Venue is proper in the United States District Court for the District of Maryland pursuant to 28 U.S.C. § 1391(b).

PARTIES AND JURISDICTION

2. Plaintiff Theodora Etame is an adult resident of Maryland.

3. Defendant Progressive Horizons Inc. is incorporated in Maryland.

4. Defendant Progressive Horizons, Inc. conducts business in Maryland.

5. Defendant Progressive Horizons, Inc., is an employer within the meaning of 29 U.S.C. §203(d).

1

6. Defendant Progressive Horizons, Inc. is an employer within the meaning of <u>Md. Code Ann</u> Labor & Employ. Art. § 3-401(c).

7. Defendant Progressive Horizons, Inc., is an employer within the meaning of <u>Md. Code Ann</u> Labor & Employ. Art. §3-501(b).

8. Defendant Progressive Horizons, Inc. employed Plaintiff at times relevant to this litigation.

9. This Court has subject matter jurisdiction over the causes of action alleged in this Complaint pursuant to 28 U.S.C. §§ 1331 and 1367, and 29 U.S.C. § 216.

## FACTS

10. Plaintiff Theodora Etame worked for the Defendant from approximately October 1, 2008, through September 22, 2009.

11. The principal office of Progressive Horizons Inc. is located on 7008 Security Blvd. Baltimore, Maryland, 21228.

12. Ms. Etame's work duties, while employed at Progressive Horizons Inc., included, but were not limited to, providing care for special needs persons.

13. On many of Ms. Etame's work days, she was required to clock in at 3:00 p.m. and clock out at 9:00 p.m., and then clock in again at 6:00 a.m., and clock out at 8:00 p.m., for a total of eight (8) hours.

14. On those work days referenced in paragraph 13, Progress Horizons Inc., instructed Ms. Etame to provide overnight care to the clients during the hours of 9:00 p.m. to 6:00 a.m.

15. Ms. Etame was not paid for the hours she worked between 9:00 p.m. and 6:00 a.m., referenced in the preceding paragraph.

16. During the time that Ms. Etame was employed by Defendant, Ms. Etame regularly worked overtime, that is, hours in addition to 40 hours in any one work week.

17. The exact number of overtime hours that Ms. Etame worked will only be known through discovery.

18. The Fair Labor Standards Act, 29 U.S.C. §207, and <u>Md. Code Ann</u> Labor & Employ. Art. § 3-415, require that Ms. Etame be paid one and one-half times her regular rate of pay for those hours worked in excess of 40 hours in any one workweek.

19. Defendant did not pay Ms. Etame one and one-half times her regular rate of pay for those hours worked in excess of 40 hours in any one workweek.

20. Pursuant to 29 C.F.R. §516 and <u>Md. Code Ann</u> Labor & Employ. Art. § 3-424, Defendant is required to maintain records which document the days and hours Ms. Etame worked for Defendant.

21. Defendant knowingly and intentionally violated Ms. Etame's rights under federal and state wage and hour statutes.

22. The exact amount of "straight time" wages and overtime wages owed to the Ms. Etame can only be determined through discovery.

23. The wages withheld from Ms. Etame were not withheld from her as a result of a bona fide dispute.

<u>COUNT I</u>
<u>NON-PAYMENT OF WAGES—FAIR LABOR STANDARDS ACT</u>

24. Ms. Etame adopts by reference the allegations contained in paragraphs 1 through 23 of the Complaint with the same effect as if herein fully set forth.

25. Defendant's failure to pay Ms. Etame the minimum wages and overtime wages owed to her violates the federal Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*

WHEREFORE Plaintiff prays the Court order:

   a. Defendant to pay to Ms. Etame minimum wages and overtime wages owed to her, pursuant to 29 U.S.C. §§ 206, 207 and 216.

   b. Defendant to pay to Ms. Etame an equal amount in liquidated damages, pursuant to 29 U.S.C. § 216(b);

   c. Defendant to pay to Ms. Etame, pursuant to 29 U.S.C. § 216(b), her reasonable attorney's fees, costs, and expenses.

   d. Any other relief that is just and equitable.

## COUNT II
## NON-PAYMENT OF WAGES—MARYLAND WAGE AND HOUR LAW AND WAGE PAYMENT AND COLLECTION ACT

26. Plaintiff adopts by reference the allegations contained in paragraphs 1 through 25 of the Complaint with the same effect as if herein fully set forth.

27. Defendant's failure to pay Ms. Etame the minimum wages and overtime wages owed to her violates <u>Md. Code Ann.</u>, Labor & Employ. Art., Title 3.

WHEREFORE, Plaintiff prays that the Court order:

   a. Defendant to pay to Ms. Etame the wages and overtime wages owed to her, pursuant to <u>Md. Code Ann.</u>, Labor & Employ. Art., §§3-413, 3-415, and §3-505;

b. Defendant to pay to Ms. Etame an additional three times the wages owed, pursuant to <u>Md. Code Ann.</u>, Labor & Employ. Art., §3-507.2(b);

c. Defendant to pay Plaintiff reasonable attorney's fees and costs, pursuant to <u>Md. Code Ann.</u>, Labor & Employ. Art., §§ 3-427(d) and 3-507.2(b); and,

d. Any other relief that is just and equitable.

                                  Respectfully submitted,
                                  ANDALMAN & FLYNN


                                  _____/s/_____
                                  Daniel A. Katz, Bar No. 13026
                                  8601 Georgia Avenue, Suite 604
                                  Silver Spring, MD 20910
                                  (301) 563-6685
                                  (301) 563-6681 (fax)
                                  dkatz@a-f.net
                                  Attorney for Plaintiff

N:\WDocs\CLIENTS\ETAME.THEO\complaint.etame.docx